# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| UNITED STATES OF AMERICA | : | CRIMINAL ACTION |
|---|---|---|
| v. | : : : | No. 19-567-5 |
| BRENNAN LANE<br>a/k/a "BOOT"<br>a/k/a "BLACK" | : : : | |

## **ORDER**

Upon independent review of the Report and Recommendation of U.S. Magistrate Judge Timothy R. Rice, and the transcript of the guilty plea proceedings, it is ORDERED that the Report and Recommendation is APPROVED and ADOPTED. I accept the guilty plea of Brennan Lane, entered on March 5, 2020. Sentence will be imposed on June 18, 2020 at 9:00 a.m. in Courtroom 14-B.

BY THE COURT:

/s/Juan R. Sanchez
_____
Juan R. Sanchez
Chief, U.S. District Court Judge